JS6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IRIS ELIZABETH VARGAS PONCE,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER, ET AL.,

Respondents.

Case No. 5:26-cv-05931-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Iris Elizabeth Vargas Ponce (A# 095-141-694) ("Petitioner") from custody on her prior Order of Supervision ("OSUP") and return any confiscated property and documents upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1231 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance

and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard. Respondents shall not attempt to remove Petitioner to any country other than Honduras without first providing written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3). Respondents shall file a notice of compliance **within three days**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 5, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE